1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALVIN LAMONT LEWIS,                )        Case No. EDCV 12-620 GHK(JC)
                                   )
              Petitioner,          )        (~~PROPOSED~~)
                                   )
         v.                        )        JUDGMENT
                                   )
                                   )
KATHLEEN ALLISON, Warden,          )
                                   )
                                   )
              Respondent.          )
_____

        Pursuant to this Court's Order Accepting Findings, Conclusions and

Recommendations of United States Magistrate Judge,

        IT IS ADJUDGED that the Motion to Dismiss is granted and the Petition for

Writ of Habeas Corpus is dismissed with prejudice as time-barred.


        DATED:      2/18/13


        _____

        HONORABLE GEORGE H. KING
        CHIEF UNITED STATES DISTRICT JUDGE